BENJAMIN B. WAGNER
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO.  2:11-MJ-0087 GGH |
| | ) | |
| Plaintiff, | ) | MOTION TO DISMISS COMPLAINT |
| v. | ) | AND ORDER |
| | ) | |
| JUAN PAULO RIVAS HUIRACHE, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**MOTION**

HEREBY, the United States moves that this Court enter an order, pursuant to Fed. R. Crim. Pro. 48(a), to dismiss without prejudice the complaint for Unlawful Flight to Avoid Prosecution (UFAP) in the above referenced case, MAG No 2:11-MJ-0087 GGH, against defendant JUAN PAULO RIVAS HUIRACHE.

DATED: 02/24/2012                          BENJAMIN WAGNER
                                           UNITED STATES ATTORNEY


                                    By    /s/Michelle Rodriguez
                                          MICHELLE RODRIGUEZ
                                          Assistant U.S. Attorney

1

1   BENJAMIN B. WAGNER
    United States Attorney
2   MICHELLE RODRIGUEZ
    Assistant U.S. Attorney
3   501 I Street, Suite 10-100
    Sacramento, California  95814
4   Telephone: (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                     EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )    MAG. NO.  2:11-MJ-0087 GGH
                                     )
12                    Plaintiff,     )    ORDER
13       v.                          )
                                     )
14  JUAN PAULO RIVAS HUIRACHE,       )
                                     )
15                    Defendant.     )
16  _____)

17

18                              **ORDER**

19

20       The United States' motion to dismiss without prejudice the

21  underlying Unlawful Flight to Avoid Prosecution (UFAP)complaint in

22  the above referenced case, MAG No 2:11-MJ-0087 GGH against defendant

23  JUAN PAULO RIVAS HUIRACHE is GRANTED.

24
    DATED: February 27, 2012
25

26

27                              _____
                                KENDALL J. NEWMAN
28                              UNITED STATES MAGISTRATE JUDGE